JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBRA TURGEON**, | Case No.: 2:18-cv-07568-RGK-SK |
| Plaintiff, | Honorable R. Gary Klausner |
| vs. | |
| **DONALD P. BEYER**, in individual and representative capacity as trustee of the Donald P. Beyer Trust, **DLK PROPERTIES, LLC**, a California Limited Liability Company; and Does 1-10, | ORDER FOR DISMISSAL WITH PREJUDICE |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff DEBRA TURGEON's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against DONALD P. BEYER, in individual and representative capacity as trustee of the Donald P. Beyer Trust, DLK PROPERTIES, LLC, and a California Limited Liability Company (collectively, "Defendants").

Dated: April 15, 2019

_____
Honorable R. Gary Klausner
Judge, United States Court
Central District of California